UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | Magistrate Nos. |
| | : | |
| A white trailer in the 9000 block of River Lookout Street Hickory, North Carolina (latitude 35.69935 and longitude -81.42445) | : : : : | 1:10 mj 69 |

## ORDER TO UNSEAL

UPON CONSIDERATION of the government's Motion for Unsealing, for the reasons set forth in the government's motion, including that the government needs to provide discovery in the criminal prosecution resulting from the searches; it is this ___2nd___ day of February, 2011,

ORDERED that the motion is hereby GRANTED, and it is

FURTHER ORDERED that the file shall be unsealed.

_____
United States Magistrate Judge

cc:

Assistant United States Attorney